IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 16-cv-00226-CMA-CBS | Date: April 7, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

AURARIA STUDENT HOUSING AT THE REGENCY, LLC, *et al.,*    Thomas McMahon

Plaintiff,

v.

CAMPUS VILLAGE APARTMENTS, LLC,    Michael Hofmann

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 11:01 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *[7] Joint Motion for Stay of Proceeding Pending Decision on Appeal of Related Case*. The court suggests administratively closing the case.

Counsel makes joint oral motion to administratively close this case.

**ORDERED:** Joint oral motion is **GRANTED.** This case will be administratively closed to be re-opened upon a showing of good cause.

*[7] Joint Motion for Stay of Proceeding Pending Decision on Appeal of Related Case* is **DENIED.**

Hearing Concluded.

**Court in recess: 11:09 a.m.**
Time in court: 00:08

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.